UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                             )
                                                  )   Case No. _____
                                                  )
                                                  )   MOTION TO REOPEN CASE
                                                  )   AND, IF APPLICABLE,
                                                  )   TO VACATE DISMISSAL
Debtor(s)                                         )

      The debtor moves the court for an order reopening the above-captioned case.  The debtor states that [CHECK ALL APPLICABLE BOXES]:

      the court entered an order closing the case on _____.

      the court entered an order of dismissal in this case on _____ for the reason(s) that:



      The debtor states <u>BOTH</u>:  (a) debtor has paid the reopening fee and any unpaid balance of the original filing fee, <u>AND</u> (b) the following ground(s) exist under Fed. R. Bankr. P. 9024 for entry of an order reopening:



      If the court has entered an order of dismissal, the debtor further states the following ground(s) exist under Fed. R. Bankr. P. 9024 for entry of an order vacating the dismissal:



      I declare under penalty of perjury that the information contained above is true and correct to the best of my knowledge, information and belief.

      _____
      Signature of Debtor

      _____
      Debtor's Current Service Address

      _____

1367.92 (11/10/03)