James Dietz
OSB 863525
33 No Central &308
Medford, OR 97501
Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 10-64571-fra13 |
| Sandra A. Banuelos-Hournon<br>Alexandre Hournon | RESPONSE TO MOTION TO DISMISS |
| Debtors. | |

COME NOW THE DEBTORS, through counsel James Dietz, and file this response to the motion to dismiss this case. Debtors request they be allowed to catch up any missed payments with a six month repayment period. Debtors have provided trustee with requested tax returns. Debtors request said motion be set for hearing.

DATE: 7/11/13

/s/J Dietz
James Dietz, OSB 863525
For Debtors

Response - Page One

## CERTIFICATE OF MAILING

I hereby certify that on the date set forth below I mailed a true copy of the Notice of Response to each of the individuals or attorneys listed at the addresses noted, by placing said copy in an envelope, with proper postage, and depositing said copy in the US Post Office in Medford, Oregon:

US Trustee, 405 E 8th, #1100, Eugene, OR 97401
Fred Long, POB 467, Eugene, OR 97440


Date:   7/11/13                              /s/J Dietz

                                             _____
                                             J Dietz, OSB 863525