# SUMMARY OF PROCEEDINGS & MINUTE ORDER

In re                                   Case No.   **10-64571 fra 13**          Date **8/22/13**

   **Alexandre Hournon**
   **Sandra A Banuelos-Hournon**                        Judge   **Alley**
                               Court Reporter   **FTR**
                               CrtRm Deputy

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

AUG 2 3 2013

LODGED_____ REC'D_____
PAID_____ DOCKETED_____

## MATTER BEFORE THE COURT

**Trustee's Motion to Dismiss Case**

EVIDENTIARY HEARING:      ___ Yes   _x_ No

APPEARANCES: P. Garrick, Aty for Trustee.  J. Dietz, Aty for Debtor**s**.

SUMMARY OF HEARING: Counsel reported the Motion is resolved: Debtors will file a modified Plan in (14) days.

DETERMINATION OF THE COURT:

The Debtors must file a modified plan in (21) days.

It is so Ordered.

_____

Frank Alley
U.S. Bankruptcy Judge